the year 1932 to the sum of $1,050,000, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAPPINESS CANDY STORES, INC., Relator, Appellant, v. JAMES J. SEXTON and Others, as Commissioners of the Board of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1933.) — Order unanimously modified by reducing the assessment for the year 1933 to the sum of $1,000,000, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAPPINESS CANDY STORES, INC., Relator, Appellant, v. WILLIAM STANLEY MILLER and Others, as Commissioners of the Board of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1934.) — Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of LOUIS H. STAPLES, Petitioner, Respondent, for an Order Pursuant to Article 78 of the Civil Practice Act against PAUL J. KERN and Others, as the Municipal Civil Service Commission of the City of New York, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

THE NATIONAL CITY BANK OF NEW YORK, Judgment Creditor, Respondent, v. LUCY S. DESZ, Judgment Debtor. (JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, " Third Party " Appearing Specially, Appellant.) — Order unanimously affirmed, with twenty dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of Acquiring Title by the City of New York, to Certain Lands and Premises Situated on the Northerly Side of West 92nd Street, and the Southerly Side of West 93rd Street, 100 Feet East of Amsterdam Avenue, in the Borough of Manhattan, City of New York, Duly Selected as a Site for School Purposes According to Law. JOSEPH PADOVANO, Petitioner, Appellant; THE CITY OF NEW YORK, LILLIAN M. BURKE, Individually and as Executrix, etc., of GUSTAV LANGE, JR., Deceased, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of the Application of HERMAN FINKELSTEIN as President and SAMUEL LEVY as Secretary-Treasurer of United Hatters, Cap and Millinery Workers International Union, Local No. 3, Affiliated with American Federation of Labor, Petitioners, Respondents, against JACOB ELISHEWITZ & SONS CO., INC., Appellant, for an Order Designating and Appointing an Arbitrator, and Directing the Defendant to Submit to Such Artitrator for Hearing and Determination of the Entire Matter of Wage Adjustments between the Parties.—Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New